Bank of JACOMO, Respondent,

v.

**William K. FOX, Appellant,**

**Jeffrey L. Brown, Defendant.**

**No. WD# 60732.**

Missouri Court of Appeals,
Western District.

Aug. 20, 2002.

Alvin D. Shapiro, Overland Park, KS, for Appellant.

Neil L. Johnson, Kansas City, MO, for Respondent.

Before: HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. William K. Fox appeals from a judgment awarding the Bank of Jacomo damages for fraud in writing unauthorized checks on his former employer's account with the bank.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).